MARK FLINN
(Name)

CSP SAC
(Address)

P.O. BOX 290066 REPRESSA, CA 95671
(City, State, Zip)

T-86797
(CDC Inmate No.)

FILED
2008 JAN 28 PM 3:44
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: RM DEPUTY

2254 ___ 1983 ✓
FILING FEE PAID
Yes ___ No ✓
IFP MOTION FILED
Yes ___ No ✓
COPIES SENT TO
Court ✓ ProSe ___

# United States District Court
## Southern District of California

MARK A. FLINN,
(Enter full name of plaintiff in this action.)

Plaintiff,

v.

OFFICER FONTAINE,
WARDEN HERNANDEZ,
SCARGENT GRAHAM,
LIEUTENANT SIEBEL,
(Enter full name of each defendant in this action.)

Defendant(s).

'08 CV 0164 J RBB
Civil Case No.
(To be supplied by Court Clerk)

Complaint under the
Civil Rights Act
42 U.S.C. § 1983

**A. Jurisdiction**

Jurisdiction is invoked pursuant to 28 U.S.C. § 1343(a)(3) and 42 U.S.C. § 1983. If you wish to assert jurisdiction under different or additional authority, list them below.
PENDENT JURISDICTION IN STATE COURTS.

**B. Parties**

1. Plaintiff: This complaint alleges that the civil rights of Plaintiff, M. FLINN T-86797 (print Plaintiff's name) ~~CSP SAC P.O. BOX 290066~~, who presently resides at CSP SAC P.O. BOX 290066 REPRESSA, CA 95671 (mailing address or place of confinement), were violated by the actions of the below named individuals. The actions were directed against Plaintiff at R.J. DONOVAN CORRECTIONAL FACILITY (institution/place where violation occurred) on (dates) 9-7-05 (Count 1), ___ (Count 2), and ___ (Count 3).

2. Defendants: (Attach same information on additional pages if you are naming more than 4 defendants.)

Defendant OFFICER FONTAINE (name) resides in SAN DIEGO (County of residence), and is employed as a CORRECTIONAL OFFICER (defendant's position/title (if any)). This defendant is sued in (his)/her ☐ individual ☑ official capacity. (Check one or both.) Explain how this defendant was acting under color of law: OFFICER FONTAINE OVERSTEPPED BOUNDARY'S BY COMING IN MY CELL AND AFTER SUBDUING ME CONTINUED TO BEAT AND CHOKE ME AFTER I WAS DOWN USING EXCESSIVE FORCE.

Defendant WARDEN HERNANDEZ (name) resides in SAN DIEGO (County of residence), and is employed as a WARDEN (defendant's position/title (if any)). This defendant is sued in (his)/her ☐ individual ☑ official capacity. (Check one or both.) Explain how this defendant was acting under color of law: WARDEN HERNANDEZ REFUSED TO LISTEN TO MY VERBAL COMPLAINT AND TOLD ME HE ALREADY KNEW I WAS ASSAULTED AND DID NOTHING ABOUT IT.

Defendant SEARGENT GRAHAM (name) resides in SAN DIEGO (County of residence), and is employed as a CORRECTIONAL OFFICER (defendant's position/title (if any)). This defendant is sued in (his)/her ☐ individual ☑ official capacity. (Check one or both.) Explain how this defendant was acting under color of law: SERGEANT GRAHAM WAS A WITNESS TO THE ASSAULT AND DID NOTHING TO STOP THE ASSAULT AND ALSO DID NOTHING TO UPGRADE MY LIVING CONDITIONS.

Defendant LIEUTENANT SIEBEL (name) resides in SAN DIEGO (County of residence), and is employed as a CORRECTIONAL OFFICER (defendant's position/title (if any)). This defendant is sued in his/(her) ☐ individual ☑ official capacity. (Check one or both.) Explain how this defendant was acting under color of law: LIEUTENANT SIEBEL IS A OFFICER WHO TOOK PICTURES OF MY INJURIES AND TOLD ME THERE WOULD BE A INVESTIGATION BUT SHE NEVER CONTACTED ME.

**C. Causes of Action** (You may attach additional pages alleging other causes of action and the facts supporting them if necessary.)

Count 1: The following civil right has been violated: RIGHT TO MEDICAL CARE, (E.g., right to medical care, access to courts,

DUE PROCESS, FREEDOM FROM CRUEL AND UNUSUAL PUNISHMENT.

due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.)

Supporting Facts: [Include all facts you consider important to Count 1. State what happened clearly and in your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, *by name*, did to violate the right alleged in Count 1.]

I WAS ASSAULTED BY OFFICER FONTAINE ON 9/7/05 I HAD REFUSED MY MEDICATION BECAUSE OF MY LIVING CONDITIONS AND THE WAY I WAS TREATED. I ALSO HAD BEEN ASSAULTED ONCE BEFORE BY OFFICER FONTAINE IN ADSEG IN 2003 BUT I DID NOT REPORT IT. IN THE ASSAULT THAT OCCURED 9/7/05 HE CAME INTO MY CELL AND THREW A PUNCH AND HE ALREADY HAD HIS HANDS UP AND I FELL ON THE TOILET SEAT. HE GRABBED ME AND SWUNG ME DOWN ON THE FLOOR FACE DOWN AND STARTED HITTING ME ON THE SIDE OF THE FACE. THEN HE PICKED ME UP AND STARTED CHOKING ME IN A FRONT FACE-LOCK WITH HIS ARMS AROUND MY NECK HE THEN SWUNG ME AROUND ON THE BED FACE DOWN AND WAS PUSHING MY HEAD INTO THE MATTRESS. HE TOLD ME TO STOP RESISTING WHICH THERE WAS NONE BECAUSE I COULDN'T DO ANYTHING BECAUSE HE MUST HAVE OUTWEIGHED ME BY AT LEAST 60 LBS AND THEN HE WALKED OUT OF THE CELL WITH THREE OTHER OFFICERS MY RIGHT EYE WAS BLACK, I HAD A KNOT ON MY HEAD GIVEN TO ME BY ANOTHER OFFICER, AND MY JAW WAS SO SORE I COULD HARDLY TALK. AFTER ALL THAT THEY NEVER CAME BACK TO GIVE ME MY MEDS. I WAS OFFERED NO MEDICAL CARE.

Count 2: The following civil right has been violated: Free speech
(E.g., right to medical care, access to courts,
due process, freedom from cruel and unusual punishment
due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.)

Supporting Facts: [Include all facts you consider important to Count 2. State what happened clearly and in your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, *by name*, did to violate the right alleged in Count 2.]

ON 9/7/05 I WAS ASSAULTED AND The NEXT DAY I WENT TO COMMITTEE IN ADSEG which CONSISTED OF THE WARDEN AND OTHER OFFICIALS. I TOLD The WARDEN I had BEEN ASSAULTED AND he SAID he ALREADY KNEW EVERYTHING. He DIDN'T WANT TO hEAR ANYTHING I had TO SAY ALSO THAT shows he KNEW I MAY have NEEDED MEDICAL CARE AND ABOUT MY LIVING CONDITIONS, AND ABOUT Them FLOODING MY CELL, TAKING MY MATTRESS. AND I had TO sleep ON A METAL RACK IN NOTHING BUT A Tee-shirt AND BOXERS FOR 4 DAYS.

Count 3: The following civil right has been violated: RIGHT TO MEDICAL CARE (E.g., right to medical care, access to courts, FREEDOM FROM CRUEL AND UNSUAL PUNISHMENT. due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.)

Supporting Facts: [Include all facts you consider important to Count 3. State what happened clearly and in your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, *by name*, did to violate the right alleged in Count 3.]

I REFUSED MEDICATION BECAUSE OF MY LIVING CONDITIONS AND TREATMENT BY STAFF ON 8/15/05 I BELIEVE THAT WAS THE DATE MY MATTRESS WAS TAKEN FROM ME AFTER I WAS TAKEN DOWNSTAIRS IN THE BUILDING AND GIVEN A SHOT THEN TAKEN BACK UPSTAIRS AND THEY TOOK MY MATTRESS OUT OF MY CELL FOR FOUR DAYS. AND I HAD TO SLEEP ON A COLD STEEL RACK WITH JUST BOXERS AND A T-SHIRT AND A WET CELL BECAUSE MY TOILET OVERFLOWED. ALSO ON 9/7/05 I WAS ASSAULTED BY ANOTHER OFFICER WHILE SEARGENT GRAHAM WATCHED SO HE WAS IN CHARGE AT THE TIME AND MUST HAVE GIVEN THE ORDER. AFTER THE ASSAULT AND THE OFFICERS WERE LEAVING MY CELL HE SHOWED ME A ENVELOPE AND SAID IS THIS YOURS AS THE DOOR WAS CLOSING. HE WAS A WITNESS TO THE ASSAULT, AND WHEN HE WOULD PASS OUT THE MAIL HE WOULD SLIDE IT THROUGH THE DOOR AND LET IT FALL ON THE FLOOR, ALSO I HAD TO USE MY OWN TOILET IN MY CELL EVEN THOUGH I ASKED FOR A CELL CHANGE TO NO AVAIL AND I HAD URINE AND FECES IN THE WATER ON THE FLOOR, THIS LASTED SEVERAL DAYS.

**D. Previous Lawsuits and Administrative Relief**

1. Have you filed other lawsuits in state or federal courts dealing with the same or similar facts involved in this case? ☒ Yes ☐ No.

If your answer is "Yes", describe each suit in the space below. [If more than one, attach additional pages providing the same information as below.]

(a) Parties to the previous lawsuit:
Plaintiffs: C/O FONTAINE, WARDEN ROBERT II. HERNANDEZ, LT
Defendants: SIEBEL, SGT GRAHAM

(b) Name of the court and docket number: UNITED STATES DISTRICT COURT 06CV498 BEN (JMA).

(c) Disposition: [For example, was the case dismissed, appealed, or still pending?] DISMISSED

(d) Issues raised: COURT SUMMONS NOT FILED IN A TIMELY MANNER

(e) Approximate date case was filed: ______.

(f) Approximate date of disposition: ______.

2. Have you previously sought and exhausted all forms of informal or formal relief from the proper administrative officials regarding the acts alleged in Part C above? [E.g., CDC Inmate/Parolee Appeal Form 602, etc.] ? ☒ Yes ☐ No.

If your answer is "Yes", briefly describe how relief was sought and the results. If your answer is "No", briefly explain why administrative relief was not sought.
I FOLLOWED THE MANDATES OF PLRA BY EXHAUSTING ALL AVAILABLE ADMINISTRATIVE REMEDIES, MY 602'S WERE EITHER IGNORED OR SCREENED OUT AT EVERY LEVEL THEREFORE MAKING THE APPEALS PROCESS FUTILE TO ME. SEE ATTACHED EXHIBITS

**E. Request for Relief**

Plaintiff requests that this Court grant the following relief:

1. An injunction preventing defendant(s): N/A
N/A
N/A
N/A.

2. Damages in the sum of $ 1.5 MILLION.

3. Punitive damages in the sum of $ 1.5 MILLION.

4. Other: SUCH RELIEF THAT THIS COURT DEEMS JUST, PROPER, AND EQUITIBLE ACCORDING TO PROOF.

**F. Demand for Jury Trial**

Plaintiff demands a trial by ☒ Jury ☐ Court. (Choose one.)

**G. Consent to Magistrate Judge Jurisdiction**

In order to insure the just, speedy and inexpensive determination of Section 1983 Prisoner cases filed in this district, the Court has adopted a case assignment involving direct assignment of these cases to magistrate judges to conduct all proceedings including jury or bench trial and the entry of final judgment on consent of all the parties under 28 U.S.C. § 636(c), thus waiving the right to proceed before a district judge. The parties are free to withhold consent without adverse substantive consequences.

The Court encourages parties to utilize this efficient and expeditious program for case resolution due to the trial judge quality of the magistrate judges and to maximize access to the court system in a district where the criminal case loads severely limits the availability of the district judges for trial of civil cases. Consent to a magistrate judge will likely result in an earlier trial date. If you request that a district judge be designated to decide dispositive motions and try your case, a magistrate judge will nevertheless hear and decide all non-dispositive motions and will hear and issue a recommendation to the district judge as to all dispositive motions.

You may consent to have a magistrate judge conduct any and all further proceedings in this case, including trial, and the entry of final judgment by indicating your consent below.

Choose only one of the following:

☐ Plaintiff consents to magistrate judge jurisdiction as set forth above.

**OR**

☐ Plaintiff requests that a district judge be designated to decide dispositive matters and trial in this case.

10/7/07
Date

Mark Flinn
Signature of Plaintiff

APPENDIX " "

# EXHIBIT COVER PAGE

A

EXHIBIT

Description of this Exhibit:

Number of pages to this Exhibit: 1 pages.

JURISDICTION: (Check only one)

- [ ] Municipal Court
- [ ] Superior Court
- [ ] Appellate Court
- [ ] State Supreme Court
- [x] United States District Court
- [ ] State Circuit Court
- [ ] United States Supreme Court
- [ ] Grand Jury

# AFFIDAVIT

GENERAL

State of California >
>SS 28 U.S.C §1746
County of San Diego >

Being First Duly Sworn, deposes and says: MARK A. FLINN, CDC T86797,

1) I AM A STATE PRISONER CURRENTLY INCARCERATED AT Richard J. DONOVAN correctional FACILITY IN SAN DIEGO, CALIFORNIA.

2) I AM A PARTICIPANT IN THE MENTAL HEALTH delivery service SYSTEM AS A ENHANCED OUTPATIENT (EOP) PRISONER. AND ON OR ABOUT 8/15/05 TO 8/23/05, I WROTE A GA-22 request FOR INTERVIEW COMPLAINING ABOUT MY UNSANITARY cell CONDITIONS (MY TOILET AND RUNNING WATER) I SLEPT WITHOUT A MATTRESS FOR 4 DAYS, IN cell 232 BLDG 6

3) ON OR ABOUT 9-7-05, I REFUSED TO CUFF-UP AND I WAS WANTONLY AND BRUTALLY ASSAULTED BY C/O FONTAINE FOR REFUSING TO TAKE MY Meds, he BEAT ME IN MY FACE, Body CAUSING INJURIES TO MY FACE, ARMS AND EYE AREAS.

4) AT I.C.C. ON 9-8-05, I REPORTED TO THE WARDEN MR ROBERT J. Hernandez, ABOUT THIS USE OF EXCESSIVE FORCE BY C/O FONTAINE, he WAS PUT ON NOTICE BUT REFUSED TO do anything ABOUT MY MALICIOUS AND SADISTIC BEATING.

I declare under The penalty of perjury of The laws of the State of California that The foregoing is true and correct.

Mark Flinn

Subscribed and sworn to and before me this 16th Day of ~~MARCH~~ OCTOBER 2007.

Notary Public in and for said State

APPENDIX " "

# EXHIBIT COVER PAGE

B

EXHIBIT

Description of this Exhibit:

Number of pages to this Exhibit: 4 pages.

JURISDICTION: (Check only one)

- [ ] Municipal Court
- [ ] Superior Court
- [ ] Appellate Court
- [ ] State Supreme Court
- [x] United States District Court
- [ ] State Circuit Court
- [ ] United States Supreme Court
- [ ] Grand Jury

I ALSO GET 2 WEEKLY AND 1 MONTHLY MAGAZINE AND I'VE ONLY GOTTEN 1 SINCE I'VE BEEN HERE. I WOULD ALSO LIKE TO KNOW ABOUT THAT AND WHY THEY WEREN'T DELIVERED AND ANSWER TO WHATS GOING ON — THE OTHERSIDE OF THIS REQUEST FORM.

---

(CAPT RESPONSE CONTINUED)

As your Captain, I will have the plant operations plumber to fix your cell immediately. By the time you receive this response, your plumbing will be fixed. I will also make sure your mattress is in your cell. Concerning your magazine subscriptions, please advise the clearinghouse of your AD SEG updated address. 6-232L. They will send your magazines directly to you once you notify them; Else, your magazines are routed to facility 1. Good Luck.

CAPT ASU [signature]

STATE OF CALIFORNIA
GA-22 (9/92)

# INMATE REQUEST FOR INTERVIEW

DEPARTMENT OF CORRECTIONS

| DATE | TO | FROM (LAST NAME) | CDC NUMBER |
|---|---|---|---|
| 9-3-05 | CAPTAIN OF ADSEG | FLINN | T86797 |

| HOUSING | BED NUMBER | WORK ASSIGNMENT | JOB NUMBER FROM TO |
|---|---|---|---|
| 1-6 | 232 | | |

| OTHER ASSIGNMENT (SCHOOL, THERAPY, ETC.) | ASSIGNMENT HOURS FROM TO |
|---|---|
| | |

**Clearly state your reason for requesting this interview.**

You will be called in for interview in the near future if the matter cannot be handled by correspondence.

I have Been without WATER OR A TOILET THAT WORKS FOR A Week AND I DONT GET ANY help FROM ANY OF The STAFF I would Like A ROOM chANGe. I ALSO SLEPT without A MATTRESS FOR 4 DAYS ON NOThing BUT METAL. see other side →

Do NOT write below this line. If more space is required, write on back.

| INTERVIEWED BY | DATE |
|---|---|
| CAPT. ASU #6 | |

DISPOSITION

Dear Mr. Flinn, It greatly displeases me to hear about such awful accomodations that you have in the ASU.

(over)

TO: LT K. SEIBEL

I WOULD LIKE LOG NUMBER

STATE OF CALIFORNIA

**INMATE/PAROLEE APPEAL FORM**
**FORMA PARA APELACIÓN DE REOS/LIBERTADOS CON CONDICIONES**

CDC 602-B (3/93)

LOCATION: FACILITY / PAROLE REGION
1. ______
2. ______

LOG NO.
1. ______
2. ______

DEPARTMENT OF CORRECTIONS

CATEGORY

Page 1

Usted puede apelar cualquier póliza, acción o decisión cual tenga significativo adverso afecto para usted. Con la excepción de CDC 115es Serios, acciones del comité de clasificaciones, y decisiones de clasificación u oficiales representantes, primero tiene que informalmente buscar ayuda por medio de discuciones con el oficial apropiado, quien firmara su forma e indicara que accion fue tomado. Si entonces no está satisfecho, puede enviar su apelación junto con todo documento soportivo y no más de una página adicional con comentarios al Coordinador de Apelaciones dentro de quince días de la acción tomada. Ninguna represalia se tomará por responsablemente usar el procedimiento de apelaciones.

| NOMBRE (NAME) | NUMERO (NUMBER) | ASIGNACION (ASSIGNMENT) | UNIDA Y NO DE CUARTO (UNIT/ROOM NUMBER) |
|---|---|---|---|
| FLINN | T86797 | | 2 129 up |

**A. DESCRIBA EL PROBLEMA (*DESCRIBE PROBLEM*)** ON 9/7/05 WHEN I WAS IN ADSEG BUILDING 6 Cell 232 I WAS ASSAULTED BY AN OFFICER IN MY CELL. I WROTE TO YOU SEVERAL TIMES IN The FORM OF A 602 BECAUSE ON 9/9/05 YOU TOOK PICTURES OF MY FACE AND The BLACK eye I ACQUIRED. YOU SAID There WOULD Be A Follow UP INVESTIGATION. BUT YOU NeVER CONTACTED Me, I AM WONDERING IF YOU FORGOT

Si necesita más espácio, adjunte una oja adicional. (If you need more space, attach one additional sheet.)

**B. ACCIÓN SOLICITADA (*ACTION REQUESTED*)** I WOULD LIKE The INCIDENT INVESTIGATED

FIRMA DEL REO / LIBERTADO CON CONDICIONES (INMATE/PAROLEE'S SIGNATURE): Mark F Flinn

FECHA SOMETIDA (DATE SUBMITTED): 2/11/06

**C. NIVEL INFORMAL (INFORMAL LEVEL)**

Fecha Recibida (Date Received) ______

RESPUESTA DEL EMPLEADO (*STAFF RESPONSE*) ______

FIRMA DEL EMPLEADO (STAFF SIGNATURE)

FECHA DEVUELTA AL REO (DATE RETURNED TO INMATE)

**D. NIVEL FORMAL (FORMAL LEVEL)**

Si no esta satisfecho, explíque debajo, adjunte documentos soportivos (CDC 115 completo, Reporte del Investigador, Informe de Clasificación, CDC 128, etc.) y sométalos al Coordinador de Apelaciones de la Facilidad/Región de Libertad Condicional para procesar dentro de 15 días de recibir la respuesta. (If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) and submit to the facility/parole region appeals coordinator for processing within 15 days of receipt of response.) ______

FIRMA DEL REO / LIBERTADO CON CONDICIONES (INMATE / PAROLEE'S SIGNATURE)

FECHA SOMETIDA (DATE SUBMITTED)

CDC APPEAL NUMBER:

NOTA: APELACIONES DE PROPIEDAD/FONDOS TIENEN QUE SER ENVIADAS JUNTO CON UNA FORMA COMPLETA DEL BOARD OF CONTROL BC-1B, EQUITY CLAIM.

TO APPEALS COORDINATOR

I'D LIKE A LOG NUMBER

# INMATE/PAROLEE APPEAL FORM

CDC 602 (12/87)

Location: Institution/Parole Region

1. ______

2. ______

Log No.

1. ______

2. ______

Category

______

You may appeal any policy, action or decision which has a significant adverse affect upon you. With the exception of Serious CDC 115s, classification committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly.

| NAME | NUMBER | ASSIGNMENT | UNIT/ROOM NUMBER |
|---|---|---|---|
| FLINN | T86797 | | 2 141 Low |

A. Describe Problem: I WAS ASSAULTED WHILE IN ADSEG BY AN OFFICER ON 9/7/05 I HAVE FILED A 602 ALREADY TO LT SEIBEL BUT GOT NO RESPONSE. THIS IS MY SECOND APPEAL. I WAS ASSAULTED BY OFFICER FONTAINE IN BUILDING 6. AND ON 9/9/05 I WAS RELEASED BACK TO THE 1 YARD AND PICTURES OF MY FACE (INJURIES) WERE TAKEN BY LT SEIBEL SO SHE ALREADY KNOWS ABOUT IT. THROUGH MY STATEMENTS. HER STATEMENT WAS THEY WOULD CONTACT ME. ALSO FOR 4 DAYS SEARGENT GRAHAM HAD MY MATTRESS TAKEN FROM ME ~~FOR~~ AND I SLEPT ON A METAL RACK NO ACTION WAS TAKEN AGAINST HIM OR THE OFFICER WHO ORDERED IT

If you need more space, attach one additional sheet.

B. Action Requested: I AM ASKING A RESPONSE AND ACTION BE TAKEN ON THE MATTER. AND TO INVESTIGATE THE USE OF EXCESSIVE FORCE AS PER TITLE 15 ARTICLE 1.5. 3268 (3) THE USE OF FORCE THAT IS OBJECTIONABLY REASONABLE TO ACCOMPLISH A LAWFUL PURPOSE.

Inmate/Parolee Signature: *Mark Flinn* Date Submitted: 1/26/06

C. INFORMAL LEVEL (Date Received: ______)

Staff Response: ______

Staff Signature: ______ Date Returned to Inmate: ______

D. FORMAL LEVEL

If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) and submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.

Signature: ______ Date Submitted: ______

CDC Appeal Number:

Note: Property/Funds appeals must be accompanied by a completed Board of Control form BC-1E, Inmate Claim

First Level ☐ Granted ☐ P. Granted ☐ Denied ☐ Other ______

E. REVIEWER'S ACTION (Complete within 15 working days): Date assigned: ______ Due Date: ______

Interviewed by: ______

Staff Signature: ______ Title: ______ Date Completed: ______

Division Head Approved: Returned

Signature: ______ Title: ______ Date to Inmate: ______

F. If dissatisfied, explain reasons for requesting a Second-Level Review, and submit to Institution or Parole Region Appeals Coordinator within 15 days of receipt of response.

Signature: ______ Date Submitted: ______

Second Level ☐ Granted ☐ P. Granted ☐ Denied ☐ Other ______

G. REVIEWER'S ACTION (Complete within 10 working days): Date assigned: ______ Due Date: ______

☐ See Attached Letter

Signature: ______ Date Completed: ______

Warden/Superintendent Signature: ______ Date Returned to Inmate: ______

H. If dissatisfied, add data or reasons for requesting a Director's Level Review, and submit by mail to the third level within 15 days of receipt of response.

Signature: ______ Date Submitted: ______

For the Director's Review, submit all documents to: Director of Corrections
P.O. Box 942883
Sacramento, CA 94283-0001
Attn: Chief, Inmate Appeals

DIRECTOR'S ACTION: ☐ Granted ☐ P. Granted ☐ Denied ☐ Other ______

☐ See Attached Letter

CDC 602 (12/87) Date: ______

I WOULD LIKE A LOG NUMBER

STATE OF CALIFORNIA

DEPARTMENT OF CORRECTIONS

# INMATE/PAROLEE APPEAL FORM

CDC 602 (12/87)

| Location: Institution/Parole Region | Log No. | Category |
|---|---|---|
| 1. | 1. | |
| 2. | 2. | |

You may appeal any policy, action or decision which has a significant adverse affect upon you. With the exception of Serious CDC 115s, classification committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly.

| NAME | NUMBER | ASSIGNMENT | UNIT/ROOM NUMBER |
|---|---|---|---|
| FLINN | T86797 | | 2 141L |

A. Describe Problem: I RECENTLY GOT OUT OF ADSEG 11/10/25 AND WHILE IN ADSEG I WAS ASSAULTED BY AN OFFICER NAMED FONTAINE I DONT KNOW IF THAT IS THE CORRECT SPELLING FOR SURE IT HAPPENED IN BUILDING 6 YARD 2 I BELIEVE THE DATE WAS AROUND 9/7/05. AFTER REFUSING TO CUFF UP AND TAKE MY MEDS OFFICER FONTAINE CAME INTO MY CELL AND BEAT ME CAUSING INJURIES TO MY JAW AND EYE MY RIGHT EYE WAS BLACK LT SEIBEL AND THE ADSEG COMMITTEE WAS TOLD OF MY INJURIES

If you need more space, attach one additional sheet.

B. Action Requested: I WOULD LIKE TO KNOW WHY NOTHING HAS BEEN DONE ABOUT THE INCIDENT AND WHY LT SIEBEL TOOK PICTURES BUT DIDNT CONTACT ME AS TO WHAT SHE WAS GOING TO DO. COMMITTEE SHOWED NO INTEREST ALSO

Inmate/Parolee Signature: Mark Flinn　　Date Submitted: 11/28/05

C. INFORMAL LEVEL (Date Received: )

Staff Response:

Staff Signature:　　Date Returned to Inmate:

D. FORMAL LEVEL

If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) and submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.

Signature:　　Date Submitted:

Note: Property/Funds appeals must be accompanied by a completed Board of Control form BC-1E, Inmate Claim

CDC Appeal Number:

First Level ☐ Granted ☐ P. Granted ☐ Denied ☐ Other

E. REVIEWER'S ACTION (Complete within 15 working days): Date assigned: Due Date:

Interviewed by:

Staff Signature: Title: Date Completed:

Division Head Approved Returned

Signature: Title: Date to Inmate:

F. If dissatisfied, explain reasons for requesting a Second-Level Review, and submit to Institution or Parole Region Appeals Coordinator within 15 days of receipt of response.

Signature: Date Submitted:

Second Level ☐ Granted ☐ P. Granted ☐ Denied ☐ Other

G. REVIEWER'S ACTION (Complete within 10 working days): Date assigned: Due Date:

☐ See Attached Letter

Signature: Date Completed:

Warden/Superintendent Signature: Date Returned to Inmate:

H. If dissatisfied, add data or reasons for requesting a Director's Level Review, and submit by mail to the third level within 15 days of receipt of response.

Signature: Date Submitted:

For the Director's Review, submit all documents to: Director of Corrections
P.O. Box 942883
Sacramento, CA 94283-0001
Attn: Chief, Inmate Appeals

DIRECTOR'S ACTION: ☐ Granted ☐ P. Granted ☐ Denied ☐ Other

☐ See Attached Letter

Date:

CDC 602 (12/87)

SUPPORTING FACTS:

PLAINTIFF STATES that he had Been SUBJECTED TO UNSANITARY LIVING CONDITIONS while he WAS housed IN Administrative SEGREGATION 2-6-232, I TOLD MY AD-SEG SECTION OFFICER ABOUT This PROBLEM AS WELL AS FILING GA-22 (REQUEST FOR INTERVIEW), ON 9-3-05 see EXHIBIT ON 9-7-05, PLAINTIFF WAS WANTONLY AND BRUTALLY ASSAULTED BY defENDANT FONTAINE, He CAME TO PLAINTIFF'S CELL 2-6-232, IN BUILDING #6, I refused MY "PSYCHE MEDS". DEFENDANT FONTAINE entered MY CELL WITHOUT A SARGENT OR LIEUTENANT AND STRUCK ME IN The FACE AREA WITH CLOSED FIST AND TO the SIDE OF MY FACE, I FELL ON The TOILET FROM the Force OF The BLOWS, ~~and~~ He PUT ME IN A headLock And BEGAN choking ME AND PUNCHING ME ON the SIDE OF MY FACE, I WAS UNABLE TO RESIST BECAUSE FONTAINE CONTINUED his WANTON AND BRUTAL ASSAULT And he OUTWEIGHED ME BY 80 LBS. There WAS NO Need For the AMOUNT OF FORCE USED BY DEFENDANT AS I WAS ONLY REFUSING MY Meds TO PROTEST The TREATMENT AND BLATANT IGNORING I RECIEVED FROM CORRECTIONAL STAFF ON NOT GIVING ME REQUEST FOR INTERVIEWS FORMS, 602'S ETC....., There were three other CORRECTIONAL OFFICERS PRESENT DURING this ASSAULT, I WAS REFUSED Medical Treatment My head AND JAW WAS IN EXCRUCIATING PAIN, MY JAW WAS SORE, MY RIGHT eye WAS ~~sore~~ SWOLLEN AND BLACK, ON 9-8-05, I WAS TAKEN BEFORE I.C.C. INSTITUTIONAL CLASSIFICATION COMMITTEE IN FRONT OF the WARDEN ROBERT J. HERNANDEZ (R.J.D.C.F.) WARDEN, He TOLD ME that He WAS AWARE OF MY ~~PROBLEM~~ SITUATION (The ASSAULT BY ONE OF His EMPLOYEES), DEFENDANT FONTAINE BUT did NOT WANT TO hear ABOUT This ANYMORE. The SARGENT AND LIEUTENANT

WAS ALSO AWARE OF IT AND DID NOTHING TO INTERVENE.

# CALIFORNIA DEPARTMENT OF CORRECTIONS

## Procedure for Processing Citizens' Complaints

*The Department of Corrections is committed to ensuring all departmental employees are courteous, ethical, and professional in carrying out the Department's mission. The Department shall investigate citizens' complaints against employees to preserve the integrity and morale of the Department, foster public trust and confidence, and ensure accountability to the public. The investigations shall be thorough and impartial, with the intent of correcting or disciplining employees who engage in misconduct, identifying inadequate policies and training, and protecting employees who perform their duties properly from unwarranted criticism. The following outlines the process used by the Department for investigating complaints by citizens and departmental employees.*

1. Section 3391(b) of California Code of Regulations, Title 15, specifies that all allegations by a non-inmate of misconduct by a departmental peace officer is a citizens' complaint pursuant to Penal Code Section 832.5. A citizens' complaint against any departmental employee may be initiated by completing and submitting this form to; (a) any departmental hiring authority, including warden/administrator of correctional institution, parole office, or other departmental office; (b) any departmental supervisor or manager; or, (c) any Regional Office or Headquarters Office of the Department's Office of Internal Affairs. If your complaint regards sexual harassment or discrimination based on race, gender, national origin, religion, sexual orientation, or disability, it may be referred to the Department's Equal Employment Opportunity Office for investigation and appropriate disposition.

2. Provide as much detail as possible on this form to ensure a thorough and timely investigation. Attach additional sheets if necessary to describe your complaint. In addition, attach any documentation you believe supports your complaint. The date, time, and location of the incident, where the subject employee(s) works, and names, addresses, and telephone numbers of other involved parties and witnesses are critical to a thorough investigation of your complaint.

3. Your complaint will be investigated by a departmental hiring authority or the Office of Internal Affairs depending on the nature and seriousness of the allegation(s).

4. As the complainant, you will be contacted during the investigation regarding the information provided on this form and supporting documents, as well as any other knowledge you may have relative to the allegation(s). You may be interviewed regarding your complaint and, if criminal conduct is alleged, you may also be contacted by other federal, state, and/or local law enforcement agencies.

5. The investigator will verify the information you provide by collecting evidence and interviewing witnesses, other involved parties, and the subject employee(s). A final investigative report will be prepared at the conclusion of the investigation, and you will be notified of the results of the investigation.

6. The departmental hiring authority will be provided with the investigative report. If any allegations of misconduct are sustained, a determination will be made regarding appropriate corrective and/or disciplinary action against the employee. The Director of Corrections has final authority on disciplinary matters.

7. In some cases, the results of the investigation may warrant changes to a departmental policy/procedure to alleviate any future concerns.

8. If formal adverse action is taken against the employee(s), the employee(s) has a right to appeal this action to the State Personnel Board. The Board may uphold the Department's action, or overturn the action based on its own independent evaluation of the allegation(s) and finding(s).

9. Complaints and investigative reports will be retained by the Department for a period of five years.

10. It is against the law to make a complaint that you know to be false. If you make a complaint against a departmental ~~peace officer knowing~~ that it is false, you can ~~be prosecuted on a misdemeanor charge in criminal court.~~

**NOTE:** A complaint by an inmate or parolee under the Department's jurisdiction shall be made on the Inmate/Parolee Appeal Form (CDC Form 602) under the appeal process outlined in the California Code of Regulations, Title 15, Section 3084 through 3084.7.

Office of Internal Affairs:

Northern Region
P.O. Box 3009
Sacramento, CA 95812

Central Region
5016 California Avenue
Suite 210
Bakersfield, CA 93309
(661) 335-7337

Southern Region
9035 Haven Avenue
Suite 105
Rancho Cucamonga, CA 91730
(909) 483-1594

# § 832.5 CITIZENS' COMPLAINTS AGAINST PERSONNEL;
## INVESTIGATION; DESCRIPTION OF PROCEDURE; RETENTION OF RECORDS.

(a) Each department or agency in this state which employs peace officers shall establish a procedure to investigate citizens' complaints against the personnel of such departments or agencies and shall make a written description of the procedure available to the public.

(b) Complaints and any reports or findings relating thereto shall be retained for a period of at least five years. (*Added by Stats. 1974, c. 29 § 1. Amended by Stats. 1978, c. 630 § 4.*) (All reference to California Penal Code 1994.)

## PERSONNEL COMPLAINT:

Complainant MARK A. FLINN

Address CSP SAC MARK FLINN T86797

P.O. BOX 290066

City REPRESSA State CA Zip 95671

Residence phone (______) N/A

Business phone (______) N/A

Date and time of incident 8-15-05, 9/7/05 AND 9/9/05

Location of incident ~~CSP~~ ~~SAC~~ R.J.D.C.F (ADSEG BUILDING)

**☑ Check only one:**

1. ☐ Police Department
2. ☐ California Highway Patrol
3. ☐ U.S. Marshall
4. ☐ Sheriff's Department
5. ☐ Medical Staff
6. ☐ District Attorney
7. ☐ County Grand Jury
8. ☐ Internal Affairs
9. ☑ Department of Corrections
10. ☐ Bar Association

Personnel involved CORRECTIONAL OFFICER FONTAINE, RJ.DCF WARDEN ROBT J. HERNANDEZ SR. CORRECTIONAL SEARGENT GRAHAM CORRECTIONAL LIEUTENANT SIEBEL

Names and addresses of witnesses

Statement of complaint

(CRA 02419/ 1-92 [832.5 CAP])

STATE OF CALIFORNIA DEPARTMENT OF CORRECTIONS

CDC 1858 (2/97)

# RIGHTS AND RESPONSIBILITY STATEMENT

*The California Department of Corrections has added departmental language (shown inside brackets, in non-boldface type) for clarification purposes.*

***Pursuant to Penal Code 148.6, anyone wishing to file an allegation of misconduct by a departmental peace officer must read, sign and submit the following statement:***

**YOU HAVE THE RIGHT TO MAKE A COMPLAINT AGAINST A POLICE OFFICER** [this includes a departmental peace officer] **FOR ANY IMPROPER POLICE** [or peace] **OFFICER CONDUCT. CALIFORNIA LAW REQUIRES THIS AGENCY TO HAVE A PROCEDURE TO INVESTIGATE CITIZENS'** [or inmates'/parolees'] **COMPLAINTS. YOU HAVE A RIGHT TO A WRITTEN DESCRIPTION OF THIS PROCEDURE. THIS AGENCY MAY FIND AFTER INVESTIGATION THAT THERE IS NOT ENOUGH EVIDENCE TO WARRANT ACTION ON YOUR COMPLAINT; EVEN IF THAT IS THE CASE, YOU HAVE THE RIGHT TO MAKE THE COMPLAINT AND HAVE IT INVESTIGATED IF YOU BELIEVE AN OFFICER BEHAVED IMPROPERLY. CITIZEN** [or inmate/parolee] **COMPLAINTS AND ANY REPORTS OR FINDINGS RELATING TO COMPLAINTS MUST BE RETAINED BY THIS AGENCY FOR AT LEAST FIVE YEARS.**

**IT IS AGAINST THE LAW TO MAKE A COMPLAINT THAT YOU KNOW TO BE FALSE. IF YOU MAKE A COMPLAINT AGAINST AN OFFICER KNOWING IT IS FALSE, YOU CAN BE PROSECUTED ON A MISDEMEANOR CHARGE.** [An inmate/parolee who makes a complaint against a departmental peace officer, knowing it is false, may be issued a serious disiplinary rule violation, in addition to being prosecuted on a misdemeanor charge.]

| COMPLAINANT'S PRINTED NAME | COMPLAINANT'S SIGNATURE | DATE SIGNED | |
|---|---|---|---|
| INMATE/PAROLEE PRINTED NAME<br>MARK FLINN | INMATE/PAROLEE'S SIGNATURE<br>Mark Flinn | CDC NUMBER<br>T86797 | DATE SIGNED<br>10/7/07 |
| RECEIVING STAFF'S PRINTED NAME | RECEIVING STAFF'S SIGNATURE | DATE SIGNED | |

DISTRIBUTION:
ORIGINAL -
Public - Institution Head/Parole Administrator
Inmate/Parolee - Attach to CDC form 602
Employee - Institution Head/Parole Administrator
COPY - Complainant

STATE OF CALIFORNIA DEPARTMENT OF CORRECTIONS

CDC 1858 (2/97)

# RIGHTS AND RESPONSIBILITY STATEMENT

*The California Department of Corrections has added departmental language (shown inside brackets, in non-boldface type) for clarification purposes.*

***Pursuant to Penal Code 148.6, anyone wishing to file an allegation of misconduct by a departmental peace officer must read, sign and submit the following statement:***

P.O. BOX 290066 REPRESSA CA 95671

**YOU HAVE THE RIGHT TO MAKE A COMPLAINT AGAINST A POLICE OFFICER** [this includes a departmental peace officer] **FOR ANY IMPROPER POLICE** [or peace] **OFFICER CONDUCT. CALIFORNIA LAW REQUIRES THIS AGENCY TO HAVE A PROCEDURE TO INVESTIGATE CITIZENS'** [or inmates'/parolees'] **COMPLAINTS. YOU HAVE A RIGHT TO A WRITTEN DESCRIPTION OF THIS PROCEDURE. THIS AGENCY MAY FIND AFTER INVESTIGATION THAT THERE IS NOT ENOUGH EVIDENCE TO WARRANT ACTION ON YOUR COMPLAINT; EVEN IF THAT IS THE CASE, YOU HAVE THE RIGHT TO MAKE THE COMPLAINT AND HAVE IT INVESTIGATED IF YOU BELIEVE AN OFFICER BEHAVED IMPROPERLY. CITIZEN** [or inmate/parolee] **COMPLAINTS AND ANY REPORTS OR FINDINGS RELATING TO COMPLAINTS MUST BE RETAINED BY THIS AGENCY FOR AT LEAST FIVE YEARS.**

**IT IS AGAINST THE LAW TO MAKE A COMPLAINT THAT YOU KNOW TO BE FALSE. IF YOU MAKE A COMPLAINT AGAINST AN OFFICER KNOWING IT IS FALSE, YOU CAN BE PROSECUTED ON A MISDEMEANOR CHARGE.** [An inmate/parolee who makes a complaint against a departmental peace officer, knowing it is false, may be issued a serious disiplinary rule violation, in addition to being prosecuted on a misdemeanor charge.]

| COMPLAINANT'S PRINTED NAME | COMPLAINANT'S SIGNATURE | DATE SIGNED | |
|---|---|---|---|
| INMATE/PAROLEE PRINTED NAME<br>MARK FLINN | INMATE/PAROLEE'S SIGNATURE<br>Mark Flinn | CDC NUMBER<br>T86797 | DATE SIGNED<br>10/7/07 |
| RECEIVING STAFF'S PRINTED NAME | RECEIVING STAFF'S SIGNATURE | DATE SIGNED | |

DISTRIBUTION:
ORIGINAL -
Public - Institution Head/Parole Administrator
Inmate/Parolee - Attach to CDC form 602
Employee - Institution Head/Parole Administrator
COPY - Complainant

# PROOF OF SERVICE BY MAIL

STATE OF CALIFORNIA )
) SS
COUNTY OF SAN DIEGO )

[C.C.P. §§ 446, 2015.5; 28 U.S.C. §1746]

I, DANIEL LEE YOUNG, am a resident of the State of California and am over the age of eighteen years and am not a party to the above-entitled action. My address is listed below.

On December 13th 2007, I served the following documents:

DOCUMENTS SENT TO THE U.S. DISTRICT COURT
SAN DIEGO, CA 92101

by placing a true copy thereof enclosed in a sealed envelope with First Class postage thereon fully prepaid in the United States Mail by delivering to prison officials for processing through the Institution's internal legal mail system at San Diego California, addressed as follows::

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
OFFICE OF THE CLERK
880 FRONT STREET, SUITE 4290
SAN DIEGO, CA 92101-8900

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct. Executed in the County of San Diego, California on December 13th 2007

CSP SAC
MARK A. FLINN T86797
P.O. Box 290066
~~San Diego~~, CA ~~92179-900~~
REPRESA 95671

**Pursuant to the holding of the United States Supreme Court in Houston v. Lack 108 S. Ct. 2379, 487 U.S. 266, 101 L.Ed.2d 245 (1988) and FRAP, Rule 4 (c) inmate legal documents are deemed filed on the date they are delivered to prison staff for processing and mailing via the Institution's internal legal mail procedures.**

# PROOF OF SERVICE BY MAIL

STATE OF CALIFORNIA )
) SS
COUNTY OF SAN DIEGO )

[C.C.P. §§ 446, 2015.5; 28 U.S.C. §1746]

I, DANIEL LEE YOUNG, am a resident of the State of California and am over the age of eighteen years and am not a party to the above-entitled action. My address is listed below.

On DECEMBER 13Th 2007, I served the following documents:
DOCUMENTS SENT TO U.S DISTRICT COURT SAN DIEGO
REGARDING CIVIL LAWSUIT

by placing a true copy thereof enclosed in a sealed envelope with First Class postage thereon fully prepaid in the United States Mail by delivering to prison officials for processing through the Institution's internal legal mail system at San Diego California, addressed as follows::

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
OFFICE OF THE CLERK
880 FRONT STREET, SUITE 4290
SAN DIEGO CA 92101-8900

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct. Executed in the County of San Diego, California on DECEMBER 13Th 2007

CSP SAC
MARK A. FLINN T86797
~~Richard~~ CSP SAC M.FLINN T86797 ~~P.O. BOX 290066 R~~
P.O. Box 290066
~~San Diego~~, CA 92~~179-900~~
REPRESA 5671

**Pursuant to the holding of the United States Supreme Court in Houston v. Lack 108 S. Ct. 2379, 487 U.S. 266, 101 L.Ed.2d 245 (1988) and FRAP, Rule 4 (c) inmate legal documents are deemed filed on the date they are delivered to prison staff for processing and mailing via the Institution's internal legal mail procedures.**

JS44

(Rev. 07/89)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE SECOND PAGE OF THIS FORM.)

2254 1983

FILING FEE PAID Yes___ No ✓

IFP MOTION FILED Yes___ No ✓

COPIES SENT TO Court ✓ ProSe

FILED 2008 JAN 28 PM 3:44 CLERK US DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA BY RM DEPUTY

I (a) PLAINTIFFS

**Mark A. Flinn**

DEFENDANTS

**Fontaine, et al**

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF Kern
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

**Mark A. Flinn**
**PO Box 290066**
**Represa, CA 95671**
**T-86797**

ATTORNEYS (IF KNOWN)

**'08 CV 0164 J RBB**

II. BASIS OF JURISDICTION (PLACE AN x IN ONE BOX ONLY)

☐ 1 U.S. Government Plaintiff
☒ 3 Federal Question (U.S. Government Not a Party)
☐ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in Item III

III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN X IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT (For Diversity Cases Only)

| | PT | DEF | | PT | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐1 | ☐1 | Incorporated or Principal Place of Business in This State | ☐4 | ☐4 |
| Citizen of Another State | ☐2 | ☐2 | Incorporated and Principal Place of Business in Another State | ☐5 | ☐5 |
| Citizen or Subject of a Foreign Country | ☐3 | ☐3 | Foreign Nation | ☐6 | ☐6 |

IV. CAUSE OF ACTION (CITE THE US CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY).

**42 U.S.C. 1983**

V. NATURE OF SUIT (PLACE AN X IN ONE BOX ONLY)

**CONTRACT**
☐ 110 Insurance
☐ Marine
☐ Miller Act
☐ Negotiable Instrument
☐ 150 Recovery of Overpayment &Enforcement of Judgment
☐ 151 Medicare Act
☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans)
☐ 153Recovery of Overpayment of Veterans Benefits
☐ 160 Stockholders Suits
☐ Other Contract
☐ 195 Contract Product Liability

**REAL PROPERTY**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent Lease & Ejectmant
☐ 240 Tort to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**TORTS — PERSONAL INJURY**
☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers' Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury

**PERSONAL INJURY**
☐ 362 Personal Injury- Medical Malpractice
☐ 365 Personal Injury - Product Liability
☐ 368 Asbestos Personal Injury Product Liability

**PERSONAL PROPERTY**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**CIVIL RIGHTS**
☐ 441 Voting
☐ 442 Employment
☐ 443 Housing/Accommodations
☐ 444 Welfare
☐ 440 Other Civil Rights

**PRISONER PETITIONS**
☐ 510 Motions to Vacate Sentence Habeas Corpus
☐ 530 General
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☒ 550 Civil Rights

**FORFEITURE/PENALTY**
☐ 610 Agriculture
☐ 620 Other Food & Drug
☐ 625 Drug Related Seizure of Property 21 USC881
☐ 630 Liquor Laws
☐ 640 RR & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety/Health
☐ 690 Other

**LABOR**
☐ 710Fair Labor Standards Act
720 Labor/Mgmt. Relations
☐ 730 Labor/Mgmt. Reporting & Disclosure Act
☐ 740 Railway Labor Act
☐ 790 Other Labor Litigation
☐ 791 Empl. Ret. Inc.
☐ Security Act

**BANKRUPTCY**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

**SOCIAL SECURITY**
☐ 861 HIA (13958)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g))
☐ 864 SSID Title XVI
☐ 865 RSI (405(g))

**FEDERAL TAX SUITS**
☐ 870 Taxes (U.S. Plaintiff or Defendant)
☐ 871 IRS - Third Party 26 USC 7609

**OTHER STATUTES**
☐ 400 State Reappointment
☐ 410 Antitrust
☐ 430 Banks and Banking
☐ 450 Commerce/ICC Rates/etc.
☐ 460 Deportation
☐ 470 Racketeer Influenced and Corrupt Organizations
☐ 810 Selective Service
☐ 850 Securities/Commodities Exchange
☐ 875 Customer Challenge 12 USC
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 895 Freedom of Information Act
☐ 900 Appeal of Fee Determination Under Equal Access to Justice
☐ 950 Constitutionality of State
☐ 890 Other Statutory Actions

VI. ORIGIN (PLACE AN X IN ONE BOX ONLY)

☒ 1 Original Proceeding ☐ 2 Removal from State Court ☐ 3 Remanded from Appelate Court ☐ 4 Reinstated or Reopened ☐ 5 Transferred from another district (specify) ☐ 6 Multidistrict Litigation ☐ 7 Appeal to District Judge from Magistrate Judgment

VII. REQUESTED IN COMPLAINT: ☐ CHECK IF THIS IS A CLASS ACTION UNDER f.r.c.p. 23 DEMAND $ Check YES only if demanded in complaint: JURY DEMAND: ☐ YES ☐ NO

VIII. RELATED CASE(S) IF ANY (See Instructions): JUDGE Docket Number

DATE January 28, 2008 ~~SIGNATURE OF ATTORNEY OF RECORD~~

R. Mell